

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00193-CV
_____

SAMONE FURLOUGH, Appellant

V.

BAILEY LIMMER, Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 18-10618-362

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion to Dismiss Appeal with Prejudice." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 26, 2023